ALVAREZ *v.* LÓPEZ, JUEZ DE DISTRITO.

SOLICITUD para que se expida mandamiento de *Certiorari.*

No. 81.—Resuelto en octubre 6, 1911.

CERTIORARI—ERROR DE PROCEDIMIENTO.—No aduciéndose en la solicitud presentada que se haya cometido ningún error de procedimiento, no existe base para el ejercicio del recurso extraordinario de *certiorari,* de acuerdo con las prescripciones de la ley vigentes sobre la materia.

Los hechos están expresados en la resolución.

Abogado del peticionario: *Sr. Rafael F. Ferrer.*

RESOLUCIÓN.

POR LA CORTE.—Aparece de la solicitud, que interpuesta demanda de desahucio contra el peticionario en la Corte Municipal, de Caguas, ésta falló a favor del peticionario, y que

apelado el fallo para ante la Corte de Distrito de Humacao, dicha corte dictó sentencia en contra del peticionario. El peticionario carece del recurso ordinario de apelación contra la sentencia de la corte de distrito e interpuso el presente recurso extraordinario de *certiorari* para solicitar la anulación de la misma.

El peticionario alega que el juez de distrito al dictar su sentencia, no apreció bien los hechos ni aplicó la ley rectamente, pero no aduce que se haya cometido ningún error de procedimiento. Siendo esto así, de acuerdo con los términos claros y precisos de la ley para autorizar autos de *certiorari,* aprobada el 10 de marzo de 1904, leyes de 1904, página 123, no procede el ejercicio del recurso establecido.

En tal virtud, *la solicitud se desestima.*

*Desestimada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf, del Toro y Aldrey.